TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-08-00520-CR







John Jacob Uballe, Appellant



v.



The State of Texas, Appellee






FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT


NO. D-1-DC-08-904048, HONORABLE BOB PERKINS, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's third motion for extension of time to file brief is granted. Appellant's
counsel, Ariel Payan, is ordered to tender a brief in this cause no later than June 15, 2009.

It is ordered June 3, 2009. 


Before Chief Justice Jones, Justices Puryear and Henson

Do Not Publish